IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHONDA ANITA BLACKMAN,** : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 20-CV-4392-RAL |
| : | |
| **KILOLO KIJAKAZI,** Acting : | |
| **Commissioner of Social Security,** : | |
| Defendant. | |

**O R D E R**

**AND NOW** this 15th day of July, 2022, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 14) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

     *s/ Richard A. Lloret*
**HON. RICHARD A. LLORET**
**United States Magistrate Judge**